DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

7 MARCH 2013

| | | | |
|---|---|---|---|
| 067P13 | Robert Allen Sartori v. County of Jackson, et al (JCJ), Doctor Steven P. Deweese, and Nurse Cathy Barnes | 1. Plt's *Pro Se* PWC to Review Order of COA (COA11-1398)<br><br>2. Plt's *Pro Se* Motion to Amend the Record | 1. Denied<br><br><br>2. Denied |
| 069P13 | Albert C. Burgess, Jr. v. Ebay, Inc., et al | Plt's *Pro Se* Motion for Petition for Writ of Discretionary Review (COAP12-777) | Denied |
| 073P13 | Granvil Wayne Holt and wife, Patricia Lynn Holt v. Elizabeth Ann Barnes and husband, Shonti Lukan Barnes | 1. Defs' PWC to Review Order of COA (COA12-948)<br><br>2. Plts' Motion to Dismiss PWC<br><br>3. Plts' Motion to Expedite Review of PWC | 1. —<br>**02/19/13**<br><br>2. Allowed<br>**02/19/13**<br><br>3. Dismissed as Moot<br>**02/19/13** |
| 074P13 | James Edward Speller v. Raleigh | Petitioner's *Pro Se* Petition for *Writ of Habeas Corpus* (COAP12-1063) | Denied<br>**02/21/13** |
| 084P12-2 | Harvey Wilson Johnson, Sean Johnson, Bruce Charles Johnson, Sarah Johnson Tuck, Mark Johnson, Richard M. Johnson, Virginia Fisk Johnson, and Grace Johnson McGoogan v. N.C. Department of Cultural Resources, the North Carolina State Archives, Bradford White Johnson, Herbert S. Harriss, Johnson Harriss, Kirby Harriss Rigsby, Patricia Harriss Holden, and Margaret Harriss | Defs' (N.C. Department of Cultural Resources and the N.C. State Archives) PDR Under N.C.G.S. § 7A-31 (COA12-173) | Denied |
| 084P13 | State v. David Harold Johnson | 1. Def's *Pro Se* Motion for Appropriate Relief (COA12-827)<br><br>2. Def's *Pro Se* Petition for *Writ of Mandamus* | 1. Dismissed<br><br><br>2. Dismissed |